**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carin Kottraba, MD
% Wellpath, LLC
1283 Murfreesboro Pike
Suite 500
Nashville, TN 37217

9590 9402 6229 0265 5708 84

2. Article Number (Transfer from service label)

7020 2450 0001 7518 6644

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6/29/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail Restricted Delivery
☒ Certified Mail®
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wellpath, LLC
7. Registered Agent
1283 Murfreesboro Pike
Suite 500
Nashville, TN 37217

9590 9402 6229 0265 5708 77

2. Article Number (Transfer from service label)

7020 2450 0001 7518 6651

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

# SUMMONS

**STATE OF INDIANA**       **IN THE MARION SUPERIOR   COURT**

JOHN LEE SMITH, Jr.        )
as Administrator of the       )
ESTATE OF JAMES LEROY SMITH,   ) CAUSE NO.  49D04-2206-PL-019908
    Plaintiff               )
                             )
        vs,             )
MARION COUNTY SHERIFF'S      )
DEPARTMENT, aka          )
SHERIFF KERRY FORESTAL,      )
WELLPATH, LLC, aka CORRECT CARE   )
SOLLUTIONS,            )
*et al,* Defendants        )

To Defendant:    *Deputy Reel*
                *M.C.S.D*
                *675 Justice Way*
                *Indps, IN 46203*

     You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

     If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

     If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

     If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

Dated: _6-21-22_

\_\_\_\_\_ _____ _____

**Clerk, Marion County**

**(The following manner of Service of Summons is hereby designated.)**

_____ **Registered or Certified Mail**
_____ **Service on Individual—address above**
\_\_xx\_ **Service on Individual at place of employment—address above** \_\_\_\_
_____ **Private Service**

**Attorney for Plaintiff:**
**Kay A. Beehler**
**Ind. Bar No. 10777-49**
**313 S. Fruitridge Ave.**
**Terre Haute, IN 47803**
**410-591-1859**
**beehler924@gmail.com**

MARION COUNTY COURTS
**SEAL**
INDIANA

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the \_\_\_\_ day of _____,
2022:

(1) By delivering a copy of the <u>Summons and a copy of the complaint</u> to the Defendant,
_____ at Defendant's place of employment.

(2) By leaving a copy of the <u>Summons and  a  copy of the complaint</u>
at_____, which is the dwelling place or usual place of
abode of and by mailing a copy of said summons to said Defendant at the above address.

(3) Other Service or Remarks:_____
_____.

By:_____
**PRINTED NAME**

_____
**SIGNATURE_**

# SUMMONS

STATE OF INDIANA                    IN THE MARION SUPERIOR   COURT

JOHN LEE SMITH, Jr.                    )
as Administrator of the                )
ESTATE OF JAMES LEROY SMITH,          ) CAUSE NO.  49D04-2206-PL-019908
    Plaintiff                       )
                                         )
       vs,                          )
MARION COUNTY SHERIFF'S               )
DEPARTMENT, aka                        )
SHERIFF KERRY FORESTAL,               )
WELLPATH, LLC, aka CORRECT CARE       )
SOLLUTIONS,                            )
et al, Defendants                      )

To Defendant:   Barbara Reeves
                 MCSD
                 675 Justice Way
                 Indpls, IN 46203

     You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

     If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

     If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

     If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

Dated: _6-29-22_                    _____
                                    **Clerk, Marion County**

**(The following manner of Service of Summons is hereby designated.)**

_____ **Registered or Certified Mail**
_____ **Service on Individual—address above**
__xx_ **Service on Individual at place of employment—address above** ____
_____ **Private Service**

**Attorney for Plaintiff:**
**Kay A. Beehler**
**Ind. Bar No. 10777-49**
**313 S. Fruitridge Ave.**
**Terre Haute, IN 47803**
**410-591-1859**
**beehler924@gmail.com**

MARION COUNTY COURTS
**SEAL**
INDIANA

**RETURN OF SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the ____ day of _____,
2022:

(1) By delivering a copy of the <u>Summons and a copy of the complaint</u> to the Defendant,
_____ at Defendant's place of employment.

(2) By leaving a copy of the <u>Summons and a copy of the complaint</u>
at_____, which is the dwelling place or usual place of
abode of and by mailing a copy of said summons to said Defendant at the above address.

(3) Other Service or Remarks:_____
_____.

By:_____
    **PRINTED NAME**

    _____
    **SIGNATURE_**

# SUMMONS

**STATE OF INDIANA**               **IN THE MARION SUPERIOR   COURT**

JOHN LEE SMITH, Jr.                          )
as Administrator of the                      )
ESTATE OF JAMES LEROY SMITH,                 ) CAUSE NO.  49D04-2206-PL-019908
    Plaintiff                             )
                                          )
                                          )
    vs,                                   )
MARION COUNTY SHERIFF'S                       )
DEPARTMENT, aka                              )
SHERIFF KERRY FORESTAL,                       )
WELLPATH, LLC, aka CORRECT CARE              )
SOLLUTIONS,                                   )
*et al,* Defendants                          )

To Defendant: _Deputy Roberts #30815_
_MCSD_
_675 Justice Way_
_Indpls. IN 46203_

    You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

    If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

    If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

    If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

Dated: __6-29-22__                      _____ _____
                                        **Clerk, Marion County**

**(The following manner of Service of Summons is hereby designated.)**

_____ **Registered or Certified Mail**
_____ **Service on Individual—address above**
__xx__ **Service on Individual at place of employment—address above** ____
_____ **Private Service**

**Attorney for Plaintiff:**
**Kay A. Beehler**
**Ind. Bar No. 10777-49**
**313 S. Fruitridge Ave.**
**Terre Haute, IN 47803**
**410-591-1859**
**beehler924@gmail.com**

(MARION COUNTY COURTS SEAL INDIANA)

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this summons on the ____ day of _____,
2022:

(1) By delivering a copy of the <u>Summons and a copy of the complaint</u> to the Defendant,
_____ at Defendant's place of employment.

(2) By leaving a copy of the <u>Summons and a copy of the complaint</u>
at_____, which is the dwelling place or usual place of
abode of and by mailing a copy of said summons to said Defendant at the above address.

(3) Other Service or Remarks:_____
_____.

**By:**_____
     **PRINTED NAME**

     _____
     **SIGNATURE_**

# SUMMONS

STATE OF INDIANA                    IN THE MARION SUPERIOR    COURT

JOHN LEE SMITH, Jr.                              )
as Administrator of the                          )
ESTATE OF JAMES LEROY SMITH,                     ) CAUSE NO. 49D04-2206-PL-019908
    Plaintiff                                    )
                                                 )
                                                 )
      vs,                                        )
MARION COUNTY SHERIFF'S                          )
DEPARTMENT, aka                                  )
SHERIFF KERRY FORESTAL,                          )
WELLPATH, LLC, aka CORRECT CARE                  )
SOLLUTIONS,                                      )
et al, Defendants                               )

To Defendant: _Tina Fields_

             _MCSD_

             _675 Justice Way_

             _Indpls, IN 46203_

    You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

    If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

    If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

    If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322792

## Marion County Sheriff's Department
## Return of Service

*NF-5* Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the _7_ day of _June_ ,20 _22_ : _840_ hours

____By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

____By leaving a copy of the document at _____

Which is the dwelling place or usual place of abode of _____

____By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

____By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

____Served on _____Corporation

_X_ Not Found: Reason _No Lawyer works At MCSO As of 10/23/20_

Signature of recipient: X_____(If Corporate Service) Title: _____

**Sheriff Kerry J. Forestal, of Marion County, Indiana**    By Deputy _____

☐ **Copy service mailed to address**

# SUMMONS

**STATE OF INDIANA**                    **IN THE MARION SUPERIOR   COURT**

| | |
|---|---|
| JOHN LEE SMITH, Jr.<br>as Administrator of the<br>ESTATE OF JAMES LEROY SMITH,<br>    Plaintiff<br><br>        vs,<br>MARION COUNTY SHERIFF'S<br>DEPARTMENT, aka<br>SHERIFF KERRY FORESTAL,<br>WELLPATH, LLC, aka CORRECT CARE<br>SOLLUTIONS,<br>*et al,* Defendants | )<br>)<br>) CAUSE NO. 49D04-2206-PL-019908<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To Defendant: _____Eric Smith_____

_____MCSD_____

_____675 Justice Way_____

_____Indpls, IN 46263_____

    You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

    If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

    If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

    If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322783

## Marion County Sheriff's Department
## Return of Service

**NF-5** Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the

_7_ day of _June_ ,20 _22_ : _840_ hours

____By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

____By leaving a copy of the document at _____

Which is the dwelling place or usual place of abode of _____

____By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

____By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

____Served on _____ Corporation

X Not Found: Reason_ No longer works At McSo As of 8/19/21_

Signature of recipient: X_____ (If Corporate Service) Title:_____

Sheriff Kerry J. Forestal, of Marion County, Indiana    By Deputy _____ 3d3/

☐ Copy service mailed to address

# SUMMONS

STATE OF INDIANA      IN THE MARION SUPERIOR COURT

JOHN LEE SMITH, Jr.     )
as Administrator of the     )
ESTATE OF JAMES LEROY SMITH,     ) CAUSE NO. 49D04-2206-PL-019908
   Plaintiff     )
     )
     )
   vs,     )
MARION COUNTY SHERIFF'S     )
DEPARTMENT, aka     )
SHERIFF KERRY FORESTAL,     )
WELLPATH, LLC, aka CORRECT CARE     )
SOLLUTIONS,     )
*et al,* Defendants     )

To Defendant: _Deputy Watley_
_MCSD_
_675 Justice Way_
_Indpls. IN 46203_

You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322793

## Marion County Sheriff's Department
### Return of Service

**NF-3** Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the
**7** day of **June** 20 **22** : **840** hours

____By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

____By leaving a copy of the document at _____

    Which is the dwelling place or usual place of abode of _____

____By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

____By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

____Served on _____ Corporation

__Not Found: Reason _No Such Person At MCSD_

Signature of recipient: X_____ (If Corporate Service) Title: _____

Sheriff Kerry J. Forestal, of Marion County, Indiana     By Deputy _____ 3031

☐ **Copy service mailed to address**

5

## SUMMONS

STATE OF INDIANA          IN THE MARION SUPERIOR   COURT

JOHN LEE SMITH, Jr.                    )
as Administrator of the                )
ESTATE OF JAMES LEROY SMITH,           ) CAUSE NO.  49D04-2206-PL-019908
    Plaintiff                          )
                                       )
                                       )
        vs,                            )
MARION COUNTY SHERIFF'S                )
DEPARTMENT, aka                        )
SHERIFF KERRY FORESTAL,                )
WELLPATH, LLC, aka CORRECT CARE        )
SOLLUTIONS,                            )
*et al,* Defendants.                   )

To Defendant:   _Officer Dustin Brewer_

_MCSD_

_675 Justice Way_

_Indpls, IN 46203_

　　　You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

　　　If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

　　　If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

　　　If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322790

# Marion County Sheriff's Department
## Return of Service

_NF3_ _____ Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the

_7_ day of _June_ ,20 _22_ : _840_ hours

____By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

____By leaving a copy of the document at _____

Which is the dwelling place or usual place of abode of _____

____By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

____By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

____Served on _____ Corporation

__Not Found: Reason _No Such Person Works or Worked At MCSO_

Signature of recipient: X_____ (If Corporate Service) Title: _____

Sheriff Kerry J. Forestal, of Marion County, Indiana    By Deputy_____ _3431_

☐ **Copy service mailed to address**

# SUMMONS

**STATE OF INDIANA**          **IN THE MARION SUPERIOR   COURT**

JOHN LEE SMITH, Jr.                )
as Administrator of the            )
ESTATE OF JAMES LEROY SMITH,       ) CAUSE NO.  49D04-2206-PL-019908
      Plaintiff                    )
                                   )
                                   )
          vs,                      )
MARION COUNTY SHERIFF'S            )
DEPARTMENT, aka                    )
SHERIFF KERRY FORESTAL,            )
WELLPATH, LLC, aka CORRECT CARE    )
SOLLUTIONS,                        )
*et al,* Defendants                )

To Defendant:   _Mr. Williams (Civilian)_
                _MCSD_
                _675 Justice Way_
                _Indpls, IN 46203_

     You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

     If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

     If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

     If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322786

## Marion County Sheriff's Department
### Return of Service

**NF-3** _____ Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the
**7** day of **June** ,20 **22** : **840** hours

_____ By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

_____ By leaving a copy of the document at _____

Which is the dwelling place or usual place of abode of _____

_____ By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

_____ By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

_____ Served on _____ Corporation

X_____ Not Found: Reason _Need More Info on Person_ _____

Signature of recipient: X_____ (If Corporate Service) Title: _____

Sheriff Kerry J. Forestal, of Marion County, Indiana    By Deputy _____ _8d3l_

☐ **Copy service mailed to address**

# SUMMONS

STATE OF INDIANA                 IN THE MARION SUPERIOR   COURT

JOHN LEE SMITH, Jr.                          )
as Administrator of the                      )
ESTATE OF JAMES LEROY SMITH,                 ) CAUSE NO.  49D04-2206-PL-019908
    Plaintiff                             )
                                             )
                                             )
    vs,                                   )
                                             )
MARION COUNTY SHERIFF'S                      )
DEPARTMENT, aka                              )
SHERIFF KERRY FORESTAL,                      )
WELLPATH, LLC, aka CORRECT CARE              )
SOLLUTIONS,                                  )
et al, Defendants                            )

To Defendant: _Deputy Roberts_
_MCSD_
_675 Justice Way_
_Indpls. IN 46203_

    You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

    If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

    If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

    If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322791

## Marion County Sheriff's Department
## Return of Service

**NF3** _____ Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the
**7** day of **June** ,20 **22 : 840** hours

____By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

____By leaving a copy of the document at _____

     Which is the dwelling place or usual place of abode of _____

____By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

____By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

____Served on _____Corporation

✗ Not Found: Reason _**Need More INFo oN Person**_
_____

Signature of recipient: X_____ (If Corporate Service) Title: _____

Sheriff Kerry J. Forestal, of Marion County, Indiana    By Deputy _**2d31**_

☐ **Copy service mailed to address**

# SUMMONS

**STATE OF INDIANA**               **IN THE MARION SUPERIOR   COURT**

|  |  |
|---|---|
| JOHN LEE SMITH, Jr. <br> as Administrator of the <br> ESTATE OF JAMES LEROY SMITH, <br> Plaintiff <br><br> vs, <br><br> MARION COUNTY SHERIFF'S <br> DEPARTMENT, aka <br> SHERIFF KERRY FORESTAL, <br> WELLPATH, LLC, aka CORRECT CARE <br> SOLLUTIONS, <br> *et al,* Defendants | ) <br> ) <br> ) CAUSE NO.  49D04-2206-PL-019908 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

To Defendant:   *Mr. Mansfield (Civilian)*
*MCSD*
*675 Justice Way*
*Indpls, IN 46203*

You are hereby notified that you have been sued by the Plaintiff that a cause of action has been initiated against you. You have 21 days to respond to this Complaint.

If this summons is accompanied by an Order to Appear, you must appear in Court on the date and time stated in the Order to Appear. If you do not appear, evidence may be heard in your absence and a determination made by the Court.

If you wish to retain an attorney to represent you in this matter, it is advisable to do so before the date stated in the Order to Appear.

If you take no action in this case after receipt of this summons, the Court can make a determination regarding any of the following: damages and equitable relief, attachment of assets, and other means to satisfy a judgment against you.

49D04-2206-PL-019908
SRNS
Service Returned Not Served
3322789

## Marion County Sheriff's Department
### Return of Service

*NF 5* Service Code

I hereby certify that I have served this Summons/Order/Petition/Motion etc. on the
_7_ day of _June_ ,20 _22_ : _840_ hours

___By delivering a copy of the Summons/Order/Petition/Motion etc. and a copy of the complaint to the defendant,

___By leaving a copy of the document at _____

     Which is the dwelling place or usual place of abode of _____

___By leaving a copy of the Summons/Order/Petition/Motion etc. with a person 16 years of age or older.

___By leaving a copy of the Summons/Order/Petition/Motion etc. at the individual's place of employment with,

___Served on _____Corporation

_X_ Not Found: Reason _No longer Employed as of 8/27/21_

Signature of recipient: X_____   (If Corporate Service) Title: _____

Sheriff Kerry J. Forestal, of Marion County, Indiana    By Deputy _____

☐ **Copy service mailed to address**