UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN LEE SMITH, JR.<br>As Administrator of the ESTATE OF<br>JAMES LEROY SMITH, deceased<br><br>     Plaintiff,<br><br>v.<br><br>MARION COUNTY SHERIFF'S OFFICE, aka SHERIFF KERRY FORESTAL, in his official and individual capacity; MARION COUNTY SHERIFF'S OFFICE EMPLOYEES and/or CONTRACTORS: Lt. FELICIA CLARK, DEPUTIES AUGUSTINE ULAYI, JOSHUA ROBERTS, JOSHUA CUTSHALL, JAMES WHATLEY, TANIESHA CREAR, DEIDRA BAKER, RICKY PHILLIPS, REGINA JONES, BRANDY HEWITT, CHRISOPHER CLAYTON, JAMES FLOYD, ROBERT REEL, ARTHUR LAPADAT, DWIGHT YOCUM, and DAVID HENDY,<br>and<br>HIG HOLDINGS d/b/a WELLPATH HOLDINGS LLC, a/k/a WELLPATH, WELLPATH EMPLOYEES and/or CONTRACTORS GABRA GACHAW, M.D., TINA FIELDS, AYANA BROWN, MICHELLE REED, BARBARA REEVES, and RACHEL CRABTREE, DANA ARMSTONG,<br><br>     Defendants. | Cause No.: 1:22-cv-01367-JRS-CSW |

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE**
**FINAL PRE-TRIAL CONFERENCE AND JURY TRIAL**

    Defendants, by counsel, notify the Court that the Parties have reached an agreement in the above-captioned matter, and further requests that the final pre-trial conference, scheduled for August 22, 2024, and the jury trial, scheduled to begin on September 9, 2024 be vacated. The

parties are working to finalize the settlement documents and anticipate filing the Stipulation of Dismissal within the next sixty (60) days.

          Respectfully submitted,

          KOPKA PINKUS DOLIN PC

          By:  /s/ Joshua R. Lowry
              Joshua R. Lowry, Atty No. 32676-29
              *Attorney for Defendants Wellpath,*
              *Carin Kottraba, M.D., Gabra*
              *Gachaw, M.D., Nurse Marsha Cannonier,*
              *Nurse Rachel Crabtree, Barbara Reeves, Tina*
              *Fields, Dana Armstrong, Ayana Brown,*
              *Michelle Reed, and Gerald Boyle*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2024 the foregoing has been filed through the Court's ECF system and notice has been electronically served on the following:

All electronically ECF Registered Parties

          /s/ Joshua R. Lowry

KOPKA PINKUS DOLIN PC
11711 North Meridian Street
Suite 350
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jrlowry@kopkalaw.com