# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| JOHN LEE SMITH, Jr. ) <br> as Administrator of the ) <br> ESTATE OF JAMES LEROY SMITH, ) <br>     Plaintiff ) <br> ) <br> vs. ) <br> ) <br> MARION COUNTY SHERIFF'S ) <br> DEPARTMENT, SHERIFF KERRY FORESTAL; ) <br> WELLPATH aka CORRECT ) <br> CARE SOLUTIONS, et al. ) <br>     Defendants ) | Case No. 1:22-cv-01367JRS-CSW |

## **ORDER TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiff, by counsel, having filed his Motion to Enforce the Settlement Agreement reached by the parties, and the Court having reviewed same and being duly advised in all matters relevant thereto, it is hereby

ORDERED that Defendants WELLPATH shall; Forward ALL FUNDS due and owing to Plaintiff to Plaintiff's counsel on or before September 30, 2024; and it is further

ORDERED that WELLPATH Defendants shall forward to counsel for Plaintiff the sum of $ 10,000.00 as sanctions for its failure to cooperate in the finalization of this matter; and it is further

ORDERED that WELLPATH Defendants shall be held in contempt of this Court, should they fail to comply with this Court's Order.

1

SO ORDERED ON _____, 2024.

_____
Crystal S. Wildeman, JUDGE
Federal District Court
Southern District of Indiana

Distribution: All parties